**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1295**

———————————

In re: BHASKAR KOUKUNTLA,

      Petitioner.

———————————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:23-cv-00701-BO-RJ)

———————————

Submitted:  April 24, 2025                    Decided:  April 29, 2025

———————————

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Bhaskar Koukuntla, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bhaskar Koukuntla petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on several filings in the underlying civil action. Koukuntla seeks an order from this court directing the district court to act and staying the district court proceedings until all "dispositive motions and objections have been adjudicated." (Mandamus Pet. (ECF No. 3) at 19). The present record does not reveal undue delay in the district court. Moreover, Koukuntla has not established that he has "a clear and indisputable right to" mandamus relief, or that he "has no other adequate means to attain the relief [he] desires." *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018) (cleaned up). Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*